BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARVINDER KAUR, | ) |
| | ) Case No.: 2:15-cv-2331 JAM EFB |
| Plaintiff, | ) |
| | ) **Joint Stipulation and Order** |
| v. | ) **Extending Time to File Answer** |
| | ) |
| DONALD NEUFELD, et. al, | ) |
| | ) |
| Defendants. | ) |
| | ) |

  This is an immigration case in which Plaintiff challenges the delay in adjudication of her application to adjust status to that of lawful permanent resident. Since the filing of the lawsuit, at the request of the agency, Plaintiff has filed a new I-589, asylum application. The agency will endeavor to adjudicate the new application within the next 90 days; accordingly, the parties stipulate to a 90-day extension of time for the filing of the Defendants' answer or other dispositive motion.

Dated: February 9, 2016     Respectfully submitted,

                BENJAMIN B. WAGNER
                United States Attorney

                /s/ Audrey B. Hemesath
                AUDREY B. HEMESATH
                Assistant U.S. Attorney

1

/s/ Sarah Castello
SARAH CASTELLO
Counsel for Plaintiff

ORDER

The time to file an answer or other dispositive pleading is extended to May 9, 2016.

DATED:  2/9/2016

/s/ John A. Mendez_____
United States District Court Judge